IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 1 6 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| JULIO LOPEZ AND MICHAEL OROS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, <br><br> V. <br><br> VOLUSION, LLC, <br> DEFENDANT. | § § § § § § § § § § | CAUSE NO. 1:20-CV-761-LY |

## ORDER

Before the court is the above-referenced cause. On February 16, 2022, the parties filed a Joint Notice of Settlement and Request to Stay Deadlines Pending Settlement Approval, seeking 45 days for Plaintiffs to file their motion for preliminary approval (Doc. #35). In light of the representations regarding settlement,

**IT IS ORDERED** that all pending deadlines are abated, and Plaintiffs shall file their motion for preliminary approval **on or before April 5, 2022.**

**IT IS FURTHER ORDERED** that the Initial Pretrial Conference scheduled for Friday, February 18, 2022, at 2:00 p.m. is **CANCELED**.

SIGNED this ___16th___ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE