UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIO LOPEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; AND MICHAEL OROS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; **Plaintiffs,** v. VOLUSION, LLC, **Defendant.** | § § § § § § § § § § § § § § § § § | CIVIL NO. A-20-CV-00761-LY |

**O R D E R**

Before the Court is Volusion, LLC's Motion to Dismiss, Dkt. 27, which was referred to the undersigned for report and recommendation. Having been notified that the parties have agreed to settle this case, it is ORDERED that Volusion, LLC's Motion to Dismiss, Dkt. 27, be REMOVED from the docket of the unsigned and RETURNED to the docket of the Honorable Lee Yeakel.

SIGNED June 1, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE