FILED

JUN 14 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIO LOPEZ and MICHAEL OROS, *on behalf of himself and all individuals similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> VOLUSION, LLC <br><br> Defendant. | Civil Action No. 1:20-cv-00761 |

### ORDER GRANTING MOTION TO WITHDRAW
### MARK A. CLIFFORD AS COUNSEL

Having considered the motion to withdraw, the Court GRANTS the motion and ORDERS that Mark A. Clifford be withdrawn as counsel for Plaintiffs and be removed from the service list in this case.

SIGNED this _14th_ of June, 2022.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE