**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JULIO LOPEZ and MICHAEL OROS, | |
| *On Behalf of Themselves and All Others Similarly Situated,* | |
| Plaintiffs, | Case No.: 1:20-cv-00761-LY |
| v. | |
| VOLUSION, LLC, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT VOLUSION, LLC**

Plaintiffs Julio Lopez and Michael Oros, individually and behalf of all others similarly situated, ("Plaintiffs") hereby move this Court for an order granting their Motion for Final Approval of Class Action Settlement with Defendant Volusion, LLC ("Defendant") that was preliminarily approved by this Court on May 12, 2022.

Specifically, Plaintiffs respectfully request that this Court:

a. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate;

b. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

c. Grant certification of the Settlement Class, appoint Plaintiffs Julio Lopez and Michael Oros as Class Representatives, and appoint Michael Singley, Melissa S. Weiner, Jonathan M. Streisfeld, and Hassan A. Zavareei as Class Counsel;

d.      Resolve all claims against all parties in this Action and issue the [Proposed]

Final Approval Order.

Defendant does not oppose the relief sought in this Motion.

This Motion is based on the following documents filed concurrently herewith: the memorandum in support of Plaintiffs' Motion; the Joint Declaration of Class Counsel; the Declaration of Justin R. Hughes of Kroll Settlement Administration LLC; all other pleadings and papers on file in this action, including but not limited to those in support of preliminary approval; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing scheduled for October 6, 2022.

Dated: August 4, 2022                    Respectfully submitted,

                                          /s/ Melissa S. Weiner

                                         Melissa S. Weiner
                                           mweiner@pswlaw.com
                                         **PEARSON, SIMON & WARSHAW, LLP**
                                         800 LaSalle Avenue, Suite 2150
                                         Minneapolis, Minnesota 55402
                                         Telephone: (612) 389-0600
                                         Facsimile: (612) 389-0610

                                         Jeff Edwards (Tex. Bar No. 24014406)
                                           jeff@edwards-law.com
                                         Michael Singley (Tex. Bar No. 00794642)
                                           mike@edwards-law.com
                                         David James (Tex. Bar No. 24092572)
                                           david@edwards-law.com
                                         **EDWARDS LAW GROUP**
                                         1101 East 11th Street
                                         Austin, Texas 78702
                                         Telephone: (512) 623-7727
                                         Facsimile: (512) 623-7729

                                         Jeff Ostrow (Bar No. 121452)
                                           ostrow@kolawyers.com

Jonathan M. Streisfeld (Bar No. 117447)
*streisfeld@kolawyers.com*
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

Hassan A. Zavareei
*hzavareei@tzlegal.com*
Mark A. Clifford
*mclifford@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for Plaintiffs and the Proposed Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 4th day of August, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Western District of Texas via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

Date: August 4, 2022                    */s/ Melissa S. Weiner*
                                        Melissa S. Weiner